# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

No. 23-3247

| | |
|---|---|
| THE SATANIC TEMPLE, INC. | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| Plaintiff-Appellant | |
| v. | |
| TODD ROKITA and RYAN MEYERS | No. 1:22-cv-01859-JMS-MG |
| Defendants-Appellees | Jane Magnus-Stinson, *Judge* |

## AMENDED DOCKETING STATEMENT

1. Jurisdiction of the District Court.

The District Court's jurisdiction is based on 28 U.S.C. §1331 because the resolution of Plaintiff's claims presents questions of federal law pursuant to 42 U.S.C. § 1983, and the First, Fifth, Thirteenth and Fourteenth Amendments to the U.S. Constitution.

2. Jurisdiction of the Circuit Court.

Plaintiff appeals the order and judgment of the United States District Court for the Southern District of Indiana entered October 25, 2023, dismissing the complaint, ECF Nos. 66 and 67. The Notice of Appeal was timely filed on November 22, 2023.

November 28, 2023

<u>W. James Mac Naughton</u>
W. James Mac Naughton, Esq.
7 Fredon Marksboro Road
Newton, NJ 07860
wjm@wjmesq.com
*Attorney for Plaintiff-Appellant*
*The Satanic Temple, Inc.*

## CERTIFICATE OF SERVICE

      W. James Mac Naughton certifies that on the date set forth above, I caused a true and correct copy of this pleading to be served via the Court's ECF system on:

Aaron M. Ridlen  
Deputy Attorney General  
Office Of Indiana Attorney General Todd Rokita  
302 West Washington Street – IGCS – 5th Floor  
Indianapolis, IN 46204-2770  
Telephone: (317) 232-2826  
Facsimile: (317) 232-7979  
E-mail: Aaron.Ridlen@atg.in.gov