UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 23-3247

| | |
|---|---|
| THE SATANIC TEMPLE, INC. | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| Plaintiff-Appellant | |
| v. | |
| TODD ROKITA and RYAN MEYERS | No. 1:22-cv-01859-JMS-MG |
| Defendants-Appellees | Jane Magnus-Stinson, *Judge* |

**APPELLANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

Plaintiff-Appellant The Satanic Temple, Inc. respectfully moves pursuant to CIR. R. 26 for an order extending the time to file its brief from January 2, 2024 to January 30, 2024 and in support thereof states as follows:

1.   This appeal was timely filed on November 22, 2023. Document No. 1-1.

2.   Plaintiff-Appellant's brief is due January 2, 2024. Document No. 1-1.

3.   Plaintiff – Appellant's counsel, W. James Mac Naughton, is engaged in the matter captioned Park *Knoll Owners Associates v. Elefante, et al*, Case No. 51420/2018, New York Supreme Court for Westchester County ("*Park Knoll*"). As set forth in the Declaration of W. James Mac Naughton that accompanies this motion, Mr. Mac Naughton is subject to a discovery order in *Park Knoll* that

1

compels the conduct of discovery virtually full time until January 12, 2024. Mr. Mac Naughton is a sole practitioner. He cannot meet his commitments in *Park Knoll* and the requirements for briefing this appeal in a competent and professional manner in the time frames currently set in both cases.

4. *Park Knoll* has been pending for over four years with several past extensions of time. The Court in *Park Knoll* has indicated an unwillingness to extend the discovery deadlines further.

5. Mr. Mac Naughton's long-standing participation in this case and his familiarity with the novel standing issues it presents precludes the preparation of an appropriate brief by another attorney.

6. Defendants-Appellees have consented to the extension of time requested.

December 7, 2023

*W. James Mac Naughton*
W. James Mac Naughton, Esq.
7 Fredon Marksboro Road
Newton, NJ 07860
wjm@wjmesq.com
*Attorney for Plaintiff-Appellant*
*The Satanic Temple, Inc.*

# CERTIFICATE OF SERVICE

W. James Mac Naughton certifies that on the date set forth above, I caused a true and correct copy of this pleading to be served via the Court's ECF system on:

James A. Barta
Solicitor General
Office Of Indiana Attorney General Todd Rokita
302 West Washington Street – IGCS – 5th Floor
Indianapolis, IN 46204-2770
Telephone: (317) 232-2826
Facsimile: (317) 232-7979
E-mail: James.Barta@atg.in.gov