# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

No. 23-3247

| | |
|---|---|
| THE SATANIC TEMPLE, INC.<br><br>    Plaintiff-Appellant<br><br>    v.<br><br>TODD ROKITA and<br>RYAN MEYERS<br><br>    Defendants-Appellees | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 1:22-cv-01859-JMS-MG<br><br>Jane Magnus-Stinson, *Judge* |

## AMENDED JURISDICTIONAL STATEMENT

The District Court had jurisdiction over the action being appealed pursuant to 28 U.S.C. § 1331 because the resolution of Plaintiff's claims presents questions of federal law pursuant to 42 U.S.C. § 1983, and the First, Fifth, Thirteenth and Fourteenth Amendments to the U.S. Constitution. This Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291 because an appeal was timely taken on November 22, 2023, from a final order dismissing the action entered on October 25, 2023. Brief Appendix ("Br.App.") 1 to 3.

February 16, 2024

*/s/ W. James Mac Naughton*
W. James Mac Naughton, Esq.
7 Fredon Marksboro Road
Newton, NJ 07860
wjm@wjmesq.com
732-213-8180
Attorney for Plaintiff-Appellant
The Satanic Temple, Inc.

## Certificate of Compliance With Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

1.　　This document complies with the word limit of Fed. R. App. P. 32 (B)(i) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) this document contains 86 words

2.　　This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Mac, Ver. 16.16.2. in Century 14-point font.

February 16, 2025

　　　　　　　　　　　　　　*/s/ W. James Mac Naughton*
　　　　　　　　　　　　　　W. James Mac Naughton
　　　　　　　　　　　　　　7 Fredon Marksboro Road
　　　　　　　　　　　　　　Newton, NJ 07806