**W. JAMES Mac NAUGHTON, ESQ.**
*Attorney at Law*
7 Fredon Marksboro Road
Newton, New Jersey 07860
Phone (732) 213-8180
Fax (732) 875-1250
wjm@wjmesq.com

June 10, 2024

**By ECF**
Clerk of the Court
United States Circuit Court
for the Seventh Circuit
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

Re: *The Satanic Temple v. Rokita et al.* Case No. 23-3247

Dear Sirs:

Please be advised that I am not available for oral argument in this case between July 31, 2024 and September 20, 2024.

Sincerely,

W. James Mac Naughton

WJM:ndg

CC: J. Barta by ECF

Case: 23-3247 Document: 30 Filed: 06/10/2024 Pages: 2
Dr. Michael Welner
May 7, 2012
Page 2