# W. JAMES Mac NAUGHTON, ESQ.

*Attorney at Law*
7 Fredon Marksboro Road
Newton, NJ 07860
wjm@wjmesq.com

Phone (732) 213-8180
Fax (732) 875-1250

July 23, 2025

**By ECF**
Clerk of the Court
United States Circuit Court
  for the Seventh Circuit
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

Re: *The Satanic Temple v. Rokita,* Case No. 23-3247

Dear Sirs:

    I represent Plaintiff-Appellant The Satanic Temple ("TST") in this action. I write pursuant to F.R.A.P. 28(j) to bring to the Court's attention the recent decision from the Fourth Circuit in *GenBioPro v. Raynes,* 2025 WL 1932936 (4th Cir. 2025) ("*GenProBio*"). The Court in that case held the manufacturer of Mifeprestone has standing to challenge the constitutionality of West Virginia's ban on the use of Mifeprestone for an abortion. The Court held GenProBio has standing because "it is more than plausible that GenBioPro would take the necessary steps to sell mifepristone in West Virginia were it not for the abortion law."

    TST has plausibly alleged it has taken the necessary steps to distribute Mifeprestone in Idaho but has not executed that plan because it would be committing a crime. As a distributor of a banned substance, TST has the same injury to its economic interests as the manufacturer of the banned substance and thus the same standing as the manufacturer to challenge the ban. See *Carey v. Population Services, Intern,* 431 U.S. 678, 683 (1977) (Distributor of contraceptives has standing to challenge their ban) and *Eisenstadt v. Baird,* 405 U.S. 438, 446 (1972) (Same).

Sincerely,

W. James Mac Naughton

WJM:ndg

CC: Counsel of Record by email