

**OFFICE OF THE ATTORNEY GENERAL**
**STATE OF INDIANA**

302 W. WASHINGTON ST. IGCS 5TH FLOOR
INDIANAPOLIS, IN 46204-2770

**TODD ROKITA**
ATTORNEY GENERAL

July 31, 2025

Clerk's Office
U.S. Court of Appeals for the Seventh Circuit
219 S. Dearborn St., Rm. 2722
Chicago, Illinois 60604

      Re: Response to Rule 28(j) notice in *The Satanic Temple v. Rokita*, Case No. 23-3247

Dear Clerk:

      The Defendants-Appellees respectfully submits this response to the Satanic Temple's notice of supplemental authority citing *GenBioPro, Inc. v. Raynes*, 2025 WL 1932936 (4th Cir. 2025).

      In *GenBioPro*, the Fourth Circuit held that federal law did not preempt a state law that restricted the use of abortion-inducing drugs. *See GenBioPro*, 2025 WL 1932936, at *1. The Fourth Circuit ruled that the plaintiff, a manufacturer of those drugs, had standing because "a statute banning [a particular] use of a product plainly causes economic injury in the form of lost sales." *Id.* at *3. Although the manufacturer had not yet sold the drug in West Virginia or certified West Virginia "providers to prescribe the drug," the manufacturer alleged that it "would take the necessary steps" to "sell mifepristone in West Virginia were it not for [West Virginia's] abortion law." *Id.* (Notably, West Virginia's law requiring abortion-inducing drugs to be prescribed in person was not at issue on appeal. *Id.* at *2 n.1.)

      In this case, the Satanic Temple's own admissions make clear that it has no intent to provide abortions in Indiana. Resp. Br. 32–26. And even if it did, the Satanic Temple's putative injury is not attributable to S.B. 1—the only law that the Satanic Temple challenged. *See id.* at 32–36, 38–40. Other, unchallenged laws would still bar the Satanic Temple from distributing mifepristone via telemedicine. *See id.* at 3–6, 35. And nothing in the pleadings indicate that, if the Satanic Temple succeeded on its challenge to S.B. 1, the Satanic Temple would establish a clinic in Indiana to

dispense abortifacients in accordance with the law. *GenBioPro*'s holding does not change that fact.

Sincerely,

James A. Barta
Solicitor General

## CERTIFICATE OF COMPLIANCE

    This document complies with the word limit set forth in Rule of Appellate Procedure 28(j) because the body of the letter contains 278 words.

July 31, 2025                                                                  <u>/s/ James A. Barta</u>
                                                                      JAMES A. BARTA
                                                                      Solicitor General